**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DARREL HALEY AND
LYDIA HALEY**                                                                                     **PLAINTIFFS**

**V.**                               **CIVIL ACTION NO. 4:21-CV-061-MPM-JMV**

**JAMES FIFE
AND JOHN DOES A, B AND C**                                                  **DEFENDANTS**

### ORDER

Before the court is the Motion, pursuant to Rule 25 of the Federal Rules of Civil Procedure, to Substitute Executrix, Lydia Audett Payan Haley, for the Plaintiff, Darrel Haley, now deceased. [33]. The subject motion is supported by a copy of the chancery court decree appointing Lydia Audett Payan Haley as executrix of the estate of Darrel Haley, deceased January 22, 2022, and directing issuance of letters testamentary. [33-1].

Having considered the motion and being notified that the motion is unopposed, the court finds that it is well taken and should be granted. Accordingly, Lydia Audett Payan Haley, as Executrix of the Estate Darrel Haley is substituted for Darrel Haley.

**SO ORDERED**, this the 24th day of February, 2022.

                                                                        /s/ Jane M. Virden
                                                                      **UNITED STATES MAGISTRATE JUDGE**